829 A.2d 308

**HANOVER SCHOOL DISTRICT, Petitioner,**

v.

**HANOVER EDUCATION ASSOCIATION, Respondent.**

Supreme Court of Pennsylvania.

July 29, 2003.

## *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of July, 2003, the Petition for Allowance of Appeal is hereby GRANTED, limited to the following issue:

> Did the Commonwealth Court depart from the essence test as set forth by this Court when it found that a "just cause" provision was "implied" in a collective bargaining agreement where the arbitrator found provisions in the collective bargaining agreement that addressed discipline, the collective bargaining agreement expressly defined a grievance as any "alleged violation of any *provision* of this agreement," and no evidence of any bargaining history or past practice was presented that the parties intended to arbitrate disciplinary matters?